■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDALL L. SCHROEDER, Appellant. [879 NYS2d 774]—Appeal from a judgment of the Jefferson County Court (Kim H. Martusewicz, J.), rendered June 19, 2008. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Fahey, Carni and Pine, JJ.